RECEIVED
MAY 14 2018

Reed W. Larsen (SBN 3427)
COOPER & LARSEN, CHARTERED
151 North 3rd Avenue, Suite 210
P. O. Box 4229
Pocatello, Idaho  83205-4229
Telephone:  (208) 235-1145
Facsimile:   (208) 235-1182
Email: reed@cooper-larsen.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL HILL, an individual | Case No. _____ |
| Plaintiff, | |
| vs. | **VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL** |
| UNION PACIFIC RAILROAD COMPANY, a foreign corporation, | |
| Defendant. | |

COMES NOW Plaintiff, Michael Hill, by and through the undersigned counsel, for a cause of action against Defendant, Union Pacific Railroad Company, states and alleges as follows:

**NATURE OF THE ACTION**

1. This is a claim under the Federal Employers Liability Act, 45 U.S.C. § 51 et seq. ("FELA"). Plaintiff seeks damages against Defendant for personal injuries he sustained due to Defendant's failure to provide him with a reasonably safe workplace, also forcing him to work in an unreasonably dangerous work environment in violation of the FELA.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. § 1331. Further, this Court has jurisdiction over the subject matter and parties to this Complaint pursuant to 28 U.S.C. § 1332, as diversity of citizenship exists between the parties, and the amount in controversy exceeds the sum or value of $75,000 exclusive of interest and costs. Further, pursuant to 45 U.S.C. § 56, this Court has jurisdiction over the parties and the subject matter of this Complaint.

3. Venue in this District is appropriate, as Defendant was and currently does business in the State of Idaho, physically located in Bannock County, and did so at the time Plaintiff commenced this action. Accordingly by this action should be heard in Pocatello, Bannock County, Federal District Court.

## PARTIES

4. Plaintiff Michael Hill is a resident and citizen of the State of Idaho, County of Twin Falls.

5. Defendant Union Pacific Railroad Company is a Delaware corporation and/or Utah corporation licensed to do business as a common carrier by railroad in interstate commerce in the state of Idaho, as such is defined pursuant to 45 U.S.C. §§ 51 and 57.

6. At all material times herein, Plaintiff was employed by the Defendant in furtherance of interstate and/or foreign commerce, as defined pursuant to 45 U.S.C. § 51.

## GENERAL ALLEGATIONS AND CAUSE OF ACTION

7. On December 16, 2016, Plaintiff was employed by Defendant as a gang mechanist and was doing work near Wallace, Kansas, milepost 420.80. Plaintiff was removing a wheel off an axle

from a tie crane, however, he did not have the proper equipment to do so, and had to use a sledge hammer. While swinging the sledge hammer, he felt a pull in his shoulder and bicep as well as pain and discomfort. As a result of Defendant's failure to provide Plaintiff with reasonably safe work equipment and tools, Plaintiff suffered serious, disabling injuries, including a torn rotator cuff and injury to the bicep tendon.

## CLAIM FOR RELIEF

### NEGLIGENCE - FEDERAL EMPLOYERS' LIABILITY ACT

8. Plaintiff realleges and incorporates the allegations set forth in paragraphs 1 through 7 of his Complaint as if set forth in full herein.

9. That on or about December 16, 2016, while in the process of removing a wheel from a tie crane, Plaintiff was forced to use a sledge hammer instead of the proper hydraulic equipment, which caused him to sustain severe, permanent and disabling injuries as previously set forth herein.

10. That the December 16, 2016 injuries sustained by Plaintiff and the resulting damages came as a direct result of the negligence of Defendant, its agents, employees, and officers, and in violation of the FELA, 45 U.S.C. § 51 *et seq.*, to wit, Defendant was negligent in failing to provide Plaintiff with reasonably safe work areas, equipment and tools and other acts of negligence.

11. That as a direct result, in whole or in part, of Defendant's negligence in violation of the FELA, Plaintiff sustained severe, permanent and disabling injuries to his body including his rotator cuff, bicep and further injuries to his muscular and skeletal systems; and that Plaintiff has suffered in the past and will continue in the future to suffer pain and anguish and loss of enjoyment of life; and that he was otherwise injured and permanently disabled.

12. That as a direct result, in whole or in part, of Defendant's negligence in violation of the FELA Plaintiff has lost wages in the past, and will continue to lose wages in the future, and will

sustain a permanent diminution of earning capacity in amounts to be proven by the evidence at the trial of this matter.

13. That in an effort to treat, heal, and relieve his injuries, Plaintiff has spent and will continue to spend monies for medical and related care in amounts to be proven by the evidence at trial of this matter.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff Michael Hill prays for judgment against Defendant Union Pacific Railroad Company as follows:

1. For damages in an amount in excess of $75,000 and to be more specifically proven at the time of trial, for non-economic damages, pain and suffering, and loss of enjoyment of life;

2. For damages in an amount in excess of $75,000 and to be more specifically proven at the time of trial for economic damages;

3. For such other and further relief as the Court deems just and equitable.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury.

DATED this _____ day of April, 2018.

COOPER & LARSEN, CHARTERED

By ___/s/ Reed W. Larsen_____
REED W. LARSEN

# VERIFICATION

STATE OF IDAHO        )
                      :ss
County of             )

    MICHAEL HILL, being first duly sworn, deposes and states as follows:

    That he is the Plaintiff herein; that he has read the foregoing document, knows the contents thereof, and that the facts therein stated are true to the best of his knowledge and belief.

_____
MICHAEL HILL

SUBSCRIBED AND SWORN TO before me this _09th_ day of ~~April,~~ May 2018.

_____
NOTARY PUBLIC FOR IDAHO
Residing at:
My Commission expires:

(SEAL)

**JOSE MORALES**
**Notary Public**
**State of Idaho**

My Commission Expires
February 26, 2022